UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:08CV1083 CDP |
| MARSHALL CONTACTING, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiffs moved for an Order of Partial Default Judgment to compel defendant to submit an accounting of all hours worked by and wages paid to plaintiffs since July 13, 2005. Plaintiffs' motion was granted and an Order for Partial Default Judgment was entered on December 31, 2008. There has been no further activity in the case. I will order plaintiffs to file a notice updating the Court on the status of this case. Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall, no later than **March 27, 2009**, file a notice updating the Court on the status of this case and what further actions plaintiffs intend to take to conclude this case.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2009.